UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID GERALD MINKKINEN,** <br> **SIVARAMAN SAMBASIVAM**, <br><br> Defendants. | Case No. 2:22-cr-00163-2 |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Defendant Sivaraman Sambasivam, by and through undersigned counsel, and move this Honorable Court pursuant to Rule 8.0 of the West Virginia Rules for Admission to the Practice of Law, to grant the withdrawal of the appearance of counsel Katherine Chaves. Ms. Chaves is no longer associated with the law firm of Dorsey & Whitney LLP, effective January 5, 2024.

This Defendant continues to be represented in this action by the undersigned counsel, Susan M. Robinson, and the law firm of Thomas Combs & Spann, PLLC along with Rabea Jamal Zayed and Alex P. Hontos, and the law firm of Dorsey & Whitney LLP.

WHEREFORE, it is requested that the Court enter an Order granting the withdrawal of appearance of Katherine Chaves.

Respectfully submitted this 8th day of January, 2024.

Respectfully submitted by,

*/s/ Susan M. Robinson*
Susan M. Robinson (WVSB #5169)
**Thomas Combs & Spann, PLLC**
P.O. Box 3824

Charleston, WV 25338
(304) 414-1800
(304) 414-1801 (telefax)
srobinson@tcspllc.com

RJ Zayed
Alex P. Hontos
**Dorsey & Whitney LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
(612) 340-2868 (telefax)
zayed.rj@dorsey.com
hontos.alex@dorsey.com

*On behalf of Defendant Sivaraman Sambasivam*

## CERTIFICATE OF SERVICE

    I, Susan M. Robinson, counsel for Defendant Sivaraman Sambasivam, hereby certify that on this 8th day of January, 2024, I served a copy of **MOTION TO WITHDRAW AS COUNSEL** by filing the same with the Court using the CM/ECF System.

                                      */s/ Susan M. Robinson*
                                      Susan M. Robinson (WVSB #5169)