UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:22-cr-00163-2 |
| Plaintiff, | |
| v. | |
| **DAVID GERALD MINKKINEN,** **SIVARAMAN SAMBASIVAM**, | |
| Defendants. | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court having reviewed the *Motion to Withdraw as Counsel* (Doc. 310), it is ORDERED that the Motion is GRANTED and that the appearance of counsel Katherine Chaves is withdrawn.

A copy of this Order shall be served upon all counsel of record via the CM/ECF System.

Attorney Susan M. Robinson shall provide a copy of this Order to Attorney Katherine Chaves.

ENTERED: January 12, 2024.

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared by:

*/s/ Susan M. Robinson*
Susan M. Robinson (WVSB #5169)
**Thomas Combs & Spann, PLLC**
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
(304) 414-1 (telefax)
srobinson@tcspllc.com
*Counsel for Defendant Sivaraman Sambasivam*